## DAVID HATFIELD v. ELLIS NOE.

### ON WRIT OF ERROR.

This Court will grant a rule upon a party to produce his book upon the argument of a bill of exceptions, if the book is referred to.

---

On the trial of this cause before the Essex Common Pleas,. the day book of Noe, the plaintiff below, was offered in

---

* See the form of a notice proper to be given in a case of this kind in *Tidd's appendix*, 93, *sec*. 15, and see 1 *Arch. Prac.* 84, 87.

evidence and objected to, because kept legerwise, and because from the face of the book it appeared that the charges were all made at one time and with the same ink. The plaintiff in error now moved for a rule on the plaintiff below, to produce the book to this court, to be used on the argument of the bill of exceptions.

THE COURT said that if the book was referred to in the bill of exceptions they would grant the rule.